PHYSICIAN'S CHOICE OF ARIZONA,
INC., Plaintiff–Appellant,

v.

SESDERMA, INC. and Sesderma,
S.L., Defendants–Appellees.

No. 04–1425.

United States Court of Appeals,
Federal Circuit.

July 27, 2004.

Frank G. Long, Principal Attorney, Bradley P. Hartman, John C. Hendricks, of Counsel, Stinson Morrison, Phoenix, AZ, for Plaintiff–Appellant.

Gregory J. Smith, Principal Attorney, Dowling, Aaron, for Fresno, CA, for Defendants–Appellees.

*ORDER*

Physician's Choice of Arizona, Inc. (Physician's), moves for reinstatement of the appeal upon paying the docketing fee required by Fed. Cir. R. 52(a)(3)(A).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted. The order of dismissal is vacated and the mandate is recalled.

(2) The appeal is reinstated under its original docket number.

(3) Physician's brief is due on September 27, 2004.